IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JUAN MANUEL SIMENTAL-LOPEZ,<br><br>          Defendant. | **8:16CR324**<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court upon the United States of America's ("government") Motion for Preliminary Order of Forfeiture (Filing No. 22). The Court has reviewed the record in this case and finds as follows:

1. The Defendant Juan Manuel Simental-Lopez, has agreed to plead guilty to Count I and II and agreed to admit to the Forfeiture Allegation of the Indictment. Count I charged Juan Manuel Simental-Lopez with knowingly and intentionally possessing with intent to distribute 50 grams or more of actual methamphetamine, in violation of 21 U.S.C. § 841. Count II charged Juan Manuel Simental-Lopez with knowingly being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2). The Forfeiture Allegation of the Indictment sought the forfeiture, pursuant to 21 U.S.C. § 853, of all United States currency seized from Juan Manuel Simental-Lopez on the basis it was used or was intended to be used to facilitate the controlled-substance or firearm violations alleged and/or was derived from proceeds obtained directly or indirectly as a result of the controlled-substance or firearm violations.

1

2. By virtue of his plea of guilty, Juan Manuel Simental-Lopez forfeits his interest in the $2,899 in United States currency seized from him, and the government should be entitled to possession of that currency, pursuant to 21 U.S.C. § 853.

3. The government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture is hereby granted.
2. Based upon the Forfeiture Allegation of the Indictment and Juan Manuel Simental-Lopez's plea of guilty, the government is hereby authorized to seize the $2,899 in United States currency.
3. Juan Manuel Simental-Lopez's interest in the $2,899 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).
4. The aforementioned currency is to be held by the government in its secure custody and control.
5. Pursuant to 21 U.S.C. § 853(n)(1), the government forthwith shall publish for at least thirty consecutive days on an official internet government forfeiture site (www.forfeiture.gov), notice of this Order, notice of publication evidencing the government's intent to dispose of the currency in such manner as the Attorney General may direct, and notice that any person, other than Juan Manuel Simental-Lopez, having or claiming a legal interest in any of the subject currency must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the petition referred to in Paragraph 5 above, shall be for a hearing to adjudicate the validity of the petitioner's interest in the currency, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the subject currency and any additional facts supporting the petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the currency subject to this Order as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 24th day of July, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge