IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:16CR324 |
| --- | --- |
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| JUAN MANUEL SIMENTAL-LOPEZ, | |
| Defendant. | |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 25). The Court has reviewed the record in this case and finds as follows:

1. On July 24, 2017, the Court entered a Preliminary Order of Forfeiture (Filing No. 23) pursuant to the provisions of Title 21, United States Code, Sections 841 and 853 and based upon the defendant's pleading guilty to Count I and admitting the Forfeiture Allegation of the Indictment (Filing No. 1). By way of the Preliminary Order of Forfeiture, the defendant's interest in $2,899 in United States currency was forfeited to the government.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 26, 2017, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on September 25, 2017 (Filing No. 24).

3. The Court has been advised by the government that no Petitions have been filed. From a review of the Court file, no Petitions have been filed.

4. The government's Motion for Final Order of Forfeiture should be granted.

Accordingly,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture is granted.
2. All right, title and interest in and to the $2,899 in United States currency held by any person or entity are forever barred and foreclosed.
3. The $2,899 in United States currency is forfeited to the government.
4. The government is directed to dispose of said property in accordance with law.

Dated this 25th day of September, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge